UNITED STATES DISTRICT COURT
DISTRCT OF MASSACHUSETTS

George Logue

        Plaintiff

v.

Commonwealth of Massachusetts
NB district Court

        Defendant

Case No. 1:04-cv-10271-GAO

**MOTION FOR ENLARGEMENT OF TIME**

**Comes now the plaintiff, with this Motion for an Enlargement of Time in order to serve the defendant.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this request for additional time to properly serve the defendant with this complaint according to Fed. R. Civ. P., Rule 4.1. Because 120 days has already passed since the complaint was filed, plaintiff requests an additional 90 days to serve the complaint, if and when the Court decides the case should proceed.

August 18, 2004
Date

/s/ George Logue