```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

GEORGE LOGUE,                    )
          Plaintiff,             )
     v.                          )       C.A. No. 04-10270-GAO
DARTMOUTH POLICE                 )
DEPARTMENT, et al.,              )
          Defendants.            )
_____
GEORGE LOGUE,                    )
          Plaintiff,             )
     v.                          )       C.A. No. 04-10271-GAO
THIRD DISTRICT COURT OF          )
NEW BEDFORD,                     )
          Defendant.             )
_____
GEORGE LOGUE,                    )
          Plaintiff,             )
     v.                          )       C.A. No. 04-10272-GAO
COMMONWEALTH OF                  )
MASSACHUSETTS, et al.,           )
          Defendants.            )
```

ORDER ON MOTION TO AMEND COMPLAINTS

Now before the Court is plaintiff's motion to amend the complaints filed in the above referenced cases.

Plaintiff commenced these actions on February 9, 2004, by filing civil rights complaints accompanied by applications to proceed without prepayment of the filing fees. By Orders dated September 7, 2004, plaintiff's applications were granted and the complaints were returned for screening pursuant to 28 U.S.C. §§ 1915(e)(2).

On March 8, 2004, plaintiff filed the instant motion seeking to file amended complaints. The Federal Rules of

Civil Procedure provide that a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served...." Fed. R. Civ. P. 15(a). Here, a responsive pleading has not been filed in any of these cases and plaintiff's motoin is allowed.

## ORDER

Based upon the foregoing, it is hereby

ORDERED, plaintiff's Motion to Amend Complaints is ALLOWED; and it is further

ORDERED, the Clerk enter the amended complaints on the appropriate docket; and it is further

ORDERED, the Clerk shall return the amended complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

SO ORDERED.

Dated at Boston, Massachusetts, this 29th day of September, 2004.

s/ George A. O'Toole, Jr.
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE