```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


GEORGE LOGUE,                     )
                                  )
         Plaintiff,               )
     v.                           )  C.A. No. 04-10271-GAO
                                  )
THIRD DISTRICT COURT              )
OF NEW BEDFORD,                   )
                                  )
         Defendant.               )
```

ORDER ON MOTION FOR ENLARGEMENT OF TIME

Now before the Court is plaintiff's motion for enlargement of time (Docket No. 4.  Because plaintiff has been advised by separate order that this action is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), it is hereby

ORDERED, plaintiff's Motion For Enlargement of Time (Docket No. 4 is DENIED without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>29th</u> day of <u>September</u>, 2004.


                                    s/ George A. O'Toole, Jr.
                                   GEORGE A. O'TOOLE, Jr.
                                   UNITED STATES DISTRICT JUDGE