UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 28  P 3:56

U.S. DISTRICT COURT
DISTRICT OF MASS.

George Logue

       Plaintiff

v.

District Court of New Bedford
Commonwealth of Massachusetts
Court Justice Markey
       Defendants

CASE NO. 1:04-10271-GAO

**MOTION TO AMEND**

**Comes now the plaintiff, with this Motion To Amend his complaint prior to serving it on the defendant.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this Motion To Amend his complaint prior to serving it on the defendant. Where plaintiff has recently submitted a Motion for an enlargement of time be granted for submitting and serving the defendant with the complaint in accordance with local Rule 4.1, he also requests that the complaint attached herein, with grammatical corrections and minor revisions, be accepted as the true and current version of the complaint. As this should not adversely affect defendants any more so, plaintiff request that this version of the complaint be served on the defendant.

September 28, 2004
Date

_George Logue_