UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| George Logue | ] | CIVIL ACTION |
|  | ] | Case No: 1:04-10271- GAO |
| Plaintiff | ] | NOTICE OF |
|  | ] | CHANGE OF ADDRESS |
| v. | ] |  |
|  | ] |  |
| District Court of New Bedford | ] |  |
| Commonwealth of Massachusetts | ] |  |
| Court Justice Markey | ] |  |
|  | ] |  |
| Defendants | ] |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff requests that the court file be updated to reflect that Plaintiff's mailing address on record should be General Delivery, Boston, MA 02205.

Respectfully submitted,

March 18, 2005

*[signature: George Logue]*