UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10271-GAO

GEORGE LOGUE,
Plaintiff,

v.

THIRD DISTRICT COURT OF NEW BEDFORD,
Defendant.

**ORDER**
March 31, 2005

O'TOOLE, D.J.

The plaintiff's response to the Court's October 29, 2004 Order and Memorandum (Docket No. 13) fails to demonstrate good cause why this case should not be dismissed for the reasons stated in the Court's September 29, 2004 Memorandum. Consequently, it is ORDERED that the plaintiff's claims under 42 U.S.C. §§ 1983 and 1985 are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2). To the extent there are remaining state law claims in the amended complaint (Docket No. 7), the Court declines to exercise supplemental jurisdiction over these claims and they are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

_March 31, 2005_
DATE

_[signature]_
DISTRICT JUDGE