UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| George Logue | ] | CIVIL ACTION<br>CASE NO 04-10271-GAO<br>**MOTION FOR** |
| Plaintiff | ]<br>] | **RECONSIDERATION** |
| v. | ]<br>] | related cases |
| District Court of New Bedford | ] | 04-10270 |
| Commonwealth of Massachusetts | ] | 04-10272 |
| Court Justice Markey | ]<br>] | 04-10342 |
| Defendants | ] |  |

**Comes now the plaintiff, with this Motion For Reconsideration.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rules 7 and 59(e), plaintiff respectfully submits this Motion for Reconsideration to this Honorable Court with hope of bringing additional information to the Court's attention that further attests to the authenticity of this particular complaint. The motion is made at this late juncture as plaintiff only became aware that the case had been recently dismissed. As explained in his telephone conversation with the Ms. Edge, yesterday, and during the preceding weeks, due to an error in plaintiff's mailing address, and while he has been attempting to correct it, he never received notification.

The importance of this request can not be over emphasized where this case plays an important part in the over all circumstances that transpired, the violations which occurred, the inherent related facts and evidentiary evidence, and it's importance in supporting the other related cases. The evidence required, and that would be obtained during the discovery of this individual case is paramount in supporting the facts in the originating case v. Dartmouth Police Department et al. Please see attached and response of 11\03\04

Wherefore, plaintiff requests the Court reconsider its ruling in light of this motion, and that as a result, the Court find that where a trial worthy complaint was presented, the Order of March 31, 2005 should be changed and the complaint allowed to proceed.

Respectfully submitted,

April 22, 2005                                              *[signature]*